# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2007

Clifford W. Taylor,
Chief Justice

130825(48)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

    SC: 130825
    COA: 258336
    Genesee CC: 04-013556-FH

KEITH DEMOND THOMPSON,
     Defendant-Appellee.

_____/

    On order of the Court, the motion by plaintiff-appellant for leave to file a supplemental argument is considered, and it is DENIED.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2007

_____
Clerk

s0306